# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JAMES ENGLAND
ADC #160851                                                                                          PETITIONER

V.                                          5:19-CV-142-BRW-BD

WENDY KELLEY, Director
Arkansas Department of Correction                                                                    RESPONDENT

## ORDER

I have reviewed the Recommended Disposition (Doc. No. 9) filed by United States Magistrate Judge Beth Deere and Petitioner's timely objections[1] to the Recommendation. After considering these filings and a *de novo* review of the record, I adopt the Recommendation, with one correction -- the first line on the second paragraph in Section III (A) should be "April 20, 2016" rather than "April 20, 2018."

Accordingly, James England's petition for writ of habeas corpus (Doc. No. 1) is DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 12th day of July, 2019.

                                              Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 12.