IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES ENGLAND
ADC #160851                                                                                      PETITIONER

V.                           CASE NO. 5:19-CV-142-BRW-BD

WENDY KELLEY, Director
Arkansas Department of Correction                                                    RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 12th day of July, 2019.

                                                          Billy Roy Wilson
                                                          UNITED STATES DISTRICT JUDGE